FILED: April 11, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4059 (L)
(7:16-cr-00705-TMC-5)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JAMES ROBERT PETERSON

      Defendant - Appellant

_____

No. 17-4063
(7:16-cr-00705-TMC-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

SOK BUN, a/k/a Friday

      Defendant - Appellant

_____

No. 17-4074

(7:16-cr-00705-TMC-3)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

PAUL RAY DAVIS, a/k/a Pop

  Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK